# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Jacquelyn ARELLANO,<br><br>　　　　　　Defendant. | Case No.: '22 MJ2070<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about June 06, 2022, within the Southern District of California, Jacquelyn ARELLANO did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　*Meaghan Queally* (signature)
　　　　　　　　　　　　　　　　　　　Special Agent Meaghan Queally
　　　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of June 2022.

　　　　　　　　　　　　　　　　　　　(signature)
　　　　　　　　　　　　　　　　　　　Hon. Michael S. Berg
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

# STATEMENT OF FACTS

On June 6, 2022, at approximately 7:56 PM, Jacquelyn ARELLANO ("ARELLANO"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #13. ARELLANO was the driver, sole occupant, and registered owner of a 2011 GMC Terrain ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received a computer-generated alert on ARELLANO and instructed her and the vehicle to the secondary inspection area.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear passenger door, driver and passenger side rear quarter panels, and passenger front seat of the vehicle.

Further inspection of the vehicle resulted in the discovery of 102 packages concealed in the rear passenger door, driver and passenger side rear quarter panels, and passenger front seat of the vehicle with a total approximate weight of 51.55 kilograms (113.65 pounds). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

ARELLANO was placed under arrest at approximately 10:00 pm.

1

During a post-Miranda interview, ARELLANO denied knowledge that the narcotics were in the vehicle. ARELLANO stated that she was visiting her aunt in Tijuana.

ARELLANO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.